**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZENA L. POWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD KITCHENS INC. d/b/a 500 CORTLAND ST BEL LLC, and OTTER COMPUTER INC.,<br><br>　　　　Defendants. | Civil Action No. 21-20456<br><br>**ORDER** |

**CECCHI, District Judge.**

*Pro se* Plaintiff Zena L. Powell ("Plaintiff") seeks to serve her complaint on Cloud Kitchens Inc., d/b/a 500 Cortland St Bel LLC and Otter Computer Inc. ("Defendants") in the instant action.

**WHEREAS** this Court received Plaintiff's first complaint and application to proceed *in forma pauperis* on December 10, 2021 (ECF No. 1), and Plaintiff's second complaint on December 17, 2021 (ECF No. 3); and

**WHEREAS** on December 21, 2021, this Court granted Plaintiff's application to proceed *in forma pauperis* and ordered the Clerk of the Court to file the complaint. ECF No. 4. The Court further ordered that the Clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons, and order to proceed upon the Defendants as directed by Plaintiff, with all costs advanced by the United States (*Id.*); and

**WHEREAS** having received and processed Plaintiff's complaint, the Clerk of the Court forwarded to Plaintiff a USMS Form 285 (ECF No. 6) which Plaintiff was required to complete

1

for each named defendant and return to the Clerk within thirty (30) days to enact proper service pursuant to Federal Rule of Civil Procedure 4(c); and

**WHEREAS** on January 26, 2022, Plaintiff filed a certificate of service (ECF No. 7) which shows Plaintiff improperly served Defendant. Plaintiff did not return USMS Form 285 to the Clerk of the Court. Instead, Plaintiff attempted to serve Defendant via UPS ground shipping in contravention of this Court's Order and Fed. R. Civ. P. 4(c); and

**THEREFORE, IT IS** on this ___23___ day of March, 2022,

**ORDERED** that the Clerk of the Court shall forward Plaintiff a blank USMS Form 285; and it is further

**ORDERED** that upon receipt of the blank USMS Form 285, Plaintiff shall have thirty (30) days to complete the form and return it by mail addressed to the Clerk of the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

**SO ORDERED**

_____
**CLAIRE C. CECCHI, U.S.D.J.**